IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLIDAY SHORES SANITARY DISTRICT, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) CASE NO. 3:04-cv-00688-MJR ) |
| vs. | ) JUDGE MICHAEL J. REAGAN ) |
| SYNGENTA CROP PROTECTION, INC., et al., | ) MAGISTRATE JUDGE ) CLIFFORD J. PROUD ) |
| Defendants. | ) JURY TRIAL DEMANDED |

**GROWMARK'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM CONCERNING
RECENT ILLINOIS SUPREME COURT AUTHORITY**

1. On October 1, 2004, Growmark filed its motion to dismiss the amended complaint.

2. Thereafter, this court granted plaintiff's motion for extension of time to respond to the motion. No response has been filed, and no due date has been set for plaintiff's response.

3. On November 18, 2004, the Illinois Supreme Court decided two firearms cases styled, *City of Chicago v. Beretta Corp.*, --N.E.2d --, 2004 WL 2609699 (Ill. Nov. 18, 2004), and *Young v. Bryco Arms,* --N.E.2d --, 2004 WL 2609677 (Ill. Nov. 18, 2004). Copies of the decisions are marked as exhibits A and B to the proposed brief.

4. In these cases, the Illinois Supreme Court held that the plaintiffs had failed to state a claim for nuisance or negligence against the manufacturers and distributors of firearms.

5. The Supreme Court held that the legal activities of those manufacturers and distributors, in compliance with extensive federal regulations, did not form the basis for a negligence or nuisance claim.

6.   In the present case, Holiday Shores alleges various claims, including nuisance and negligence.

7.   Growmark attaches a proposed memorandum analyzing the two Illinois Supreme Court decisions as they relate to this case.

8.   Growmark respectfully requests that the court grant it leave to file the proposed supplemental memorandum.

WHEREFORE, for the foregoing reasons, Growmark, Inc. respectfully requests that this Court grant its motion to file the attached memorandum and supplemental authority.

DATED: December 10, 2004

                        Respectfully submitted,

                        **GROWMARK, INC.**

                        By:   /s/Anne G. Kimball
                              Robert H. Shultz, Jr.
                              Heyl, Royster, Voelker & Allen
                              Suite 100
                              103 W. Vandalia Street
                              Edwardsville, Illinois 62025
                              (618) 656-4646

                              Anne G. Kimball
                              Wildman, Harrold, Allen & Dixon LLP
                              225 W. Wacker Drive, Suite 2800
                              Chicago, Illinois 60606
                              (312) 201-2290
                              ATTORNEYS FOR DEFENDANT
                              GROWMARK, INC.

## **PROOF OF SERVICE**

      The undersigned certifies that on December 13, 2004, a copy of the foregoing was electronically filed with the Clerk of the Court for the Southern District of Illinois using the CM/ECF system which will send notification of such filing to the following:

      Courtney Buxner
      Email: cbunxer@koreintillery.com

      Stephen M. Tillery
      Email: stillery@koreintillery.com

      Kurtis B. Reeg
      Email: kreeg@reeglawfirm.com

Copies were mailed in properly addressed, postage prepaid envelopes, and deposited in the U.S. Mail in Chicago, Illinois, addressed to the following:

      Scott Summy
      Baron & Budd
      3102 Oak Lawn Avenue, Suite 1100
      Dallas, TX 75219

      Mark C. Surprenant
      Paul O. Dicharry
      Peter M. Mansfield
      Adams and Reese LLP
      One Shell Square
      701 Poydras Street, Suite 4500
      New Orleans, LA 70139

      /s/Denise A. Lazar
      Wildman, Harrold, Allen & Dixon, LLP